**KARLA E. PAINTER**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
E-mail: karla.painter@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
AUG 26 2019
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-109-BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
| **WILLIAM CURTIS HILL, JR.,**<br>and **CHRISTINE JEAN REILING,**<br><br>Defendants. | |
| | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1) and<br>Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT I

That on or about February 22, 2019, at Ballantine, and within Yellowstone County, in the State and District of Montana, the defendants, WILLIAM CURTIS HILL, JR., and CHRISTINE JEAN REILING, knowingly and unlawfully conspired and agreed with each other, and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about February 22, 2019, at Ballantine, and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, WILLIAM CURTIS HILL, JR., and CHRISTINE JEAN REILING, knowingly possessed, with the intent to distribute, five or more grams of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

for

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ both (Hill - State Custody)
Bail: _____