# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM CURTIS HILL, JR.,<br><br>Defendant. | CR 19-109-BLG-SPW-01<br><br>WRIT OF HABEAS CORPUS (*AD PROSEQUENDUM*) |

To:   Rod Ostermiller, United States Marshal, District of Montana and the warden of Montana State Prison

YOU ARE COMMANDED, to bring **William Curtis Hill, Jr.,** who is presently in your custody, before the Honorable Timothy J. Cavan, United States District Judge of the United States District Court for the State and District of Montana, at the courtroom of the James F. Battin U.S. Courthouse, Billings, Montana at **9:00 a.m., on the 24th day of September, 2019**, for such purposes as

1

the Court may determine, and upon conclusion of all proceedings, the defendant shall be returned to the custody of the state of Montana.

WITNESS the Honorable Timothy J. Cavan, United States District Judge at Billings, Montana, this 28th day of August, 2019.



Tyler P. Gillman

_____
Clerk

_____
Deputy Clerk