**KARLA E. PAINTER**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: Karla.Painter@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM CURTIS HILL, JR., and CHRISTINE JEAN REILING,**<br><br>Defendants. | **CR 19-109-BLG-SPW**<br><br><br><br>**NOTICE OF ANTICIPATED TRIAL DAYS** |

Pursuant to the Scheduling Order dated September 5, 2019, the United States files this notice advising the Court and counsel that the United States anticipates the government's case in chief for the trial scheduled to start on October 28, 2019, will take approximately two (2) days to complete.

1

DATED this 5th day of September, 2019.

                                KURT G. ALME
                                United States Attorney

                                */s/ Karla E. Painter*
                                KARLA E. PAINTER
                                Assistant U.S. Attorney