UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2019 AUG 27 A 8: 56
US MARSHALS SERVICE
BILLINGS, MONTANA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-19-109-BLG-SPW-01 |
| vs. | **WARRANT FOR ARREST** (State Custody) |
| WILLIAM CURTIS HILL, JR., | |
| Defendant. | TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

YOU ARE HEREBY COMMANDED to arrest WILLIAM CURTIS HILL, JR. and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy to Possess with Intent to Distribute Methamphetamine, Possession with Intent to Distribute Methamphetamine and Aiding & Abetting in violation of Title 21 U.S.C. §§ 841(a)(1), 846 and Title 18 U.S.C. § 2.

Assigned to: Karla E. Painter, AUSA

_____
Judith Rhoades, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 26th day of August, 2019

| *RETURN* | | |
|---|---|---|
| DATE RECEIVED: | LOCATION: | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 9/5/19 | | *Rod Ostermiller* UNITED STATES MARSHAL |
| LOCATION: Billings, MT | | |
| BY: [signature]   Deputy U.S. Marshal | | |