IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO OPEN JUVENILE RECORDS |
| VS. | ) | |
| | ) | |
| WILLIAM CURTIS HILL, JR. | ) | CR 19-109-BLG-SPW-01 |
| | ) | |

Whereas the above-named defendant has pled guilty to the offense(s) of Possession with Intent to Distribute Methamphetamine, in United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

_____
Matt Shea
U. S. Probation Officer

9/1/20
_____
Date

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this ____1st____ day of __September, 2020__ the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
Honorable Susan P. Watters
United States District Judge